UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 17-103 |
| DORIAN GIVENS | SECTION: "E" (5) |

# ORDER

Before the Court is a Motion for Reconsideration of Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A) filed by Defendant Dorian Givens.[1] The Government has filed an opposition.[2] Givens filed a reply.[3]

In September 2012, Given, along with others, was indicted on charges related to drug distribution in Criminal Action No. 12-259 in this Court.[4] Givens later pleaded guilty to Counts 1, 12, and 13[5] and was sentenced to 57 months' imprisonment and a four-year term of supervised release.[6] Givens was granted a sentence reduction to 46 months in light of guidelines applicable to his charges being reduced.[7] Givens was released from prison in early 2016. Within several months, probation petitioned for Givens's arrest for violating his terms of supervised release and possessing a firearm.[8] Givens had stopped reporting to his probation officer and failed to appear in state court on felon in possession of a firearm charges.[9] In 2017, the Government adopted Givens's two pending state felon

---

[1] R. Doc. 43. Such a motion is commonly referred to as a motion for compassionate release.
[2] R. Doc. 45.
[3] R. Doc. 53.
[4] *USA v. Givens*, No. 12-cr-259 (E.D. La.), R. Doc. 1.
[5] No. 12-cr-259, R. Doc. 144.
[6] No. 12-cr-259, R. Doc. 211.
[7] No. 12-cr-259, R. Doc. 227.
[8] No. 12-cr-259, R. Doc. 289.
[9] No. 12-cr-259, R. Doc. 289.

in possession of a firearm charges for federal prosecution, resulting in the present case, Criminal Action No. 17-103.[10] On November 29, 2017, Givens pleaded guilty to both counts in this case.[11] On March 19, 2018, Givens was sentenced to 30 months' imprisonment on two counts of felon in possession of a firearm, such terms to run concurrently.[12]

After Givens pleaded guilty in this case, the Government filed a Rule to Revoke Supervised Release in Criminal Action No. 12-259.[13] On May 2, 2018, Givens stipulated to the violations,[14] and he was sentenced to a term of 36 months' imprisonment as to Count 1, 24 months' imprisonment as to Count 2, and 24 months' imprisonment as to Count 3, such terms to run consecutively.[15] The sentence in Criminal Action No. 12-259 was to also run consecutively to the term of imprisonment in this case.[16]

Givens's total term of imprisonment between the two cases is 114 months, consisting of 30 months in this case and 84 months in Criminal Action No. 12-259. Givens has served approximately 65 months.[17] As the sentence in this case was only 30 months' imprisonment, it seems Givens has served his sentence of imprisonment in this case. By its terms, 18 U.S.C. § 3582(c)(1) applies only to a reduction of a term of imprisonment. As Givens has served his term of imprisonment in this case, there is nothing in this case to reduce under § 3582(c)(1). Givens's remaining term of imprisonment is in Criminal

---

[10] R. Doc. 1.
[11] R. Doc. 26.
[12] R. Doc. 36.
[13] No. 12-cr-259, R. Doc. 289.
[14] No. 12-cr-259, R. Doc. 293.
[15] No. 12-cr-259, R. Doc. 294.
[16] *Id.*
[17] As of November 18, 2021, the Government estimated Givens had served about 58 months, which seems accurate. R. Doc. 45 at 3. According to the final presentence investigation report, Givens was arrested on January 16, 2017, by state officials, and he was transferred to federal custody on June 23, 2017. R. Doc. 29 at 3. It has been an additional seven months since November 2021, resulting in a total of 65 months.

Action No. 12-259, which is assigned to a different judge of this Court and which the undersigned has no power to modify. "[T]he deliberate judicial acts of one judge are not open to review by another judge of the same court having co-ordinate jurisdiction."[18]

Accordingly;

**IT IS ORDERED** that the Motion for Reconsideration of Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A) filed by Defendant Dorian Givens[19] is **DENIED AS MOOT**.

**New Orleans, Louisiana, this 23rd day of June, 2022.**

*Susie Morgan*
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[18] *Humphrey v. Bankers Mortg. Co. of Topeka*, 79 F.2d 345, 352 (10th Cir. 1935); *see also Herzfeld v. Parker*, 543 F. Supp. 1019, 1021 (D. Colo. 1982).
[19] R. Doc. 43.